COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Victoria__ DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

DEC 9 2002

Michael N. Milby, Clerk of Court

__Raymond Greenshaw 775714__
Plaintiff's name and ID Number

__Stevenson Unit, Cuero, TX__
Place of Confinement

CASE NO: __V-02-131__
(Clerk will assign the number)

v.

__Kelli Ward, Brenda Chaney__
Defendant's name and address

NOTE: Kelli Ward: Box 965 Beeville, TX 78102

__Amado Iglesias, Darren B. Wallace__
Defendant's name and address

NOTE: Brenda Chaney: Jester Unit, Richmond, TX 77469

__Ronald Fisher, Lynda B. Kite__
Defendant's name and address
(DO NOT USE "ET AL.")

NOTE: Darren Wallace: McConnell Unit 3001 South Emily Dr., Beeville, TX 78102

I.  PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?  __X__ YES  ____ NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below.
(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: __June 1996__

2. Parties to previous lawsuit:
   Plaintiff(s) __Raymond H. Greenshaw__

   Defendant(s) __Henderson County Jail, Dr. Ron Heiny__

3. Court (If federal, name the district; if state, name the county) __Eastern Dist. Tyler__

4. Docket Number: _____

5. Name of judge to whom case was assigned: __Harry W. McKee__

6. Disposition: (Was the case dismissed, appealed, still pending?)
   __Dismissed by 5th Circuit without prejudice (King, Higgenbothem__

7. Approximate date of disposition: __Sept. 1997__

II. PLACE OF PRESENT CONFINEMENT: __Stevenson Unit__

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted both steps of the grievance procedure in this institution? __X__ YES ____ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:
A. Name of address of plaintiff: __Raymond Greenshaw #775714__
__1525 FM 766 Cuero, TX 77954__

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: __Kelli Ward, Grievance Coordinator Region III Box 965 Beeville, TX 78102__

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
__Signed Step 2 Grievance, claiming investigation finished/but nothing invest.__

Defendant #2: __Brenda Chaney Warden Jester Units, Richmond, TX 77469__

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
__was warden at time with full knowledge of officer's retaliation__

Defendant #3: __Amado Iglesias 1525 FM 766 Cuero, TX 77954__

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
__Asst. Warden fully aware of officer's retaliation__

Defendant #4: __Darren Wallace McConnell Unit 3001 South Emily Dr. Beeville, TX. 78102__

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
__disciplinary capt. who found guilt on bogus case from retaliation__

Defendant #5: __Ronald Fisher 1525 FM 766 Cuero, TX 77954__

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
__was Mrs. Kits supervisor and was aware of retaliation__

Defendant #6 Lynda Kite 1525 FM 766 Cuero, TX 77954 she in her personal capacity wil-

V. STATEMENT OF CLAIM: fully and knowingly retaliated on me for past grievances that I filed.

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

__In the past I have complained and filed grievances on Mrs. Kite for her actions under color of law. On 8-14-02 she saw her chance to retaliate against__

☆ATC1983 (Rev. 2/00)                             3

me by writing a disciplinary case for refusing to obey her order to "stop talking and sit down," when in fact the only thing she told me was to "shut up and get in th ehall." Which I did. I was written a case and found guilty. I had several witnesses to the fact I did not refuse an order and that I was written up out of retaliation. I had a clean disciplinary record up until then, and have had since then.

## VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. compensatory and punitive damages in excess of the Court's jurisdictional limits with interest at the highest rate allowed by law until paid, reversal of the disciplinary case and such other and further relief to which I am justly entitled.

## VII. BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:
   Raymond Hollis Greenshaw, Jr.

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
   TDC #383643 and TDCJ-ID #775714

## VII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?
   ___ YES  _X_ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
   1. Court that imposed sanctions (if federal, give district and division): _____
   2. Case Number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES _X_ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

☆ATC1983 (Rev. 2/00)                    4

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warnings were imposed: _____

Executed on: 5-Dec-2002
            DATE

*Raymond Greenhaw*
*Raymond Dunham*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this 5TH day of Dec, 20 02.
         (Day)        (Month)     (Year)

*Raymond Greenhaw*
*Raymond Dunham*
(Signature of Plaintiff)

WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

## Texas Department of Criminal Justice

# STEP 2
PASO 2

### OFFENDER GRIEVANCE FORM
Forma Para Quejas de los Preso

**OFFICE USE ONLY**
Para Uso De La Oficiana Solamente
Grievance #: 2002227295
UGI Rec'd Date: _____
HQ Rec'd Date: SEP 1 3 2002
Date Due: 10-15
Grievance Code: 401
Investigator Number: I-0881

☐ EM   ☐ UOF   ☐ MED
☐ ADA  ☐ REL   ☐ SSI

Offender Name: Raymond Greenhaw  TDCJ # 775714
Unit: SB   Housing Assignment: E-108-B
Unit where incident occurred: Stevenson.

**Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because...**

I Disagree with the findings of the Step (1) # 2002227295. There was (6) six inmates who Testified that I was not given the order to Stop talking and Sit Down. I had A Lt. to give A Statement that I was in the Hall at 1920 There fore I could not Any way have disobeyed the Order at 0735. And to prove that Ms Kite even lied on the Tape were I asked her if she had in the past ever told Anybody in the Law Library to "Shut up" I will Reflect to Ms Oasleys Statement. She has testified that Ms Kite has even told her to "Shut up" and she is A officer. Call her and Ask her if my Sub. Counsel did Not put it on her Statement because I herd her tell her. When I Ask Ms Kite she stated "No I dont use that kind of laungace." there is A pattern here with Ms Kite. She lied on me and Something need's to be done About it I Request That She be put on A Polygraph. as well as my Self. I Did Not Refuse to obey Any order. I have 6 Inmates and Two officers A Lt and CoI That will prove Ms Kite Lied. look At the evidence.

SEP 1 3 2002

I-128 Front (9/1/1999)    **PLEASE SIGN ON BACK**    (OVER)

ffender Signature: _Raymond Greenhaw_   Date: _9-10-02_

ellate Decision and Reason:

] The Step 1 answer has addressed your complaint. No action will be taken.

] You have not provided a good reason for your appeal or for this office to review your claims further. No action will be taken.

] The issue you raise has been resolved or is pending resolution and no further action is warranted.

The issues you present have already been reviewed. No further appeals of the same issues will be addressed. No action will be taken by this office.

ajor Disciplinary Case #20020322504 has been reviewed by this office. You were present at our hearing and provided your defense. You have admitted that it was not your place to peak up to the charging officer while she was engaged with another offender regarding his chavior. Therefore the preponderance of credible evidence was sufficient indicating that she ve you an order and you failed to obey this order. The decision of the Hearing Officer shall and as rendered. The evidence used was both proper and sufficient to support a finding of ilt. There were no procedural errors noted. The punishment was within established idelines. This office does not schedule polygraph examinations for offenders nor officers. further action is warranted by this office.-jl-d

Authority: _Kelli Ward_   Date: OCT 0 4 2002

**Kelli Ward**

Because:

ievable time period has expired.

ible/Incomprehensible*

inals not submitted*

propriate/Excessive attachments*

ious use of vulgar, indecent, or physically threatening language directed at an individual.

opriate (request is for employee disciplinary action or consequential or punitive damages).

ubmit this issue once corrections are made.   Grievance Staff:_____

1/1999)

# Texas Department of Criminal Justice

## STEP 1
PASO 1

## OFFENDER GRIEVANCE FORM
Forma Para Quejas de los Preso

Offender Name: Raymond Greenhaw   TDCJ # 775714
Unit: SB.   Housing Assignment: E-108-B
Unit where incident occurred: Stevenson

**OFFICE USE ONLY**
Para Uso De La Oficiana Solamente
Grievance #: 2002227295
Date Received: 8/23/02
Date Due: 10/02/02
Grievance Code: 401
Investigator Number: I0433
☐ EM   ☐ UOF   ☐ MED
☐ ADA  ☐ REL   ☐ SSI

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _____   When? _____
What was their response? _____
What action was taken? This is A Appeal Of Case No# 20020322504.

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

Reason for Appeal: Insufficient Evidence (1) The only Evidence used to find Guilt was the I-210 And Testimony of officer Kite. Were I had at least 6 written statements to the fact that I was Not given the order to Stop talking and sit Down. The only order given to me was to "Shut up" when I asked Ms Kite via speaker Phone if she in the Past had ever told Any ~~body~~ to "Shut up" She stated No "I dont use that kind of ~~~~ R.G. Laungauge" However on Ms Oasleys Statement to my Sub. Counsel She told me that she testified to the fact that Ms Kite has even told her to "Shut up" Therefore I submit that Ms Kite Purged her testimony Atleast one of my Wittnesses testified on Statement to Ms Kite telling me to "Shut up" (2) When the Issue of Time Came About Capt. Wallace Said it was Not Relevant. The Case Reads as Follows: On The Date and Time Listed Above ... Therefore The Time is A element of the offence that should be Proved. When Capt Wallace Said it was Not Revelant my Counsel objected. because later Testimony of Lt. Esparza Proves beond Any Doubt that I was Not At the Law Library at 0735 PM. I was infact in the Hall According to Lt Esparza at 1920 PM. Therefore There is No possible way I Could have been given the order to Sit Down and Stop talking As I testified to the only order I Recieved was "Shut up" This is Not A Ligitamate order. On the Punishment Capt wallace said

I-127 Front (9/1/1999)   PLEASE SIGN ON BACK   (OVER)

~~_____~~ the specific Factual Reason for particular Punishment Imposed was "offenders are required to follow Ligitimate orders" I would like Some one to look at my past year and eight months on the Stevenson Unit. I've had one minor case for not Going on A medical Chain. Now the Evidence will Show that I did Not Refuse to obey Any order that was ligitimate. This Case was written under false pretence and was A Retaleation Act on the part of MS Kite.

**Action Requested to Resolve your Complaint.**
Subject MS Kite to A polygraph test to the fact if She Did not tell me to Shut up Also A Drug test to make sure She has not Did Any Drug before the Polygraph. Reinstate my S-3 And Exsponge this case from my Record.

Offender Signature: Raymond Wrenshaw       Date: 8-22-02

**Administration's Decision**

☐ Mandatory referral to IAD (Grievance worksheet attached)

☐ No action warranted (Explain).

Disciplinary case #20020322504 has been reviewed and no procedural errors were identified. It appears that sufficient evidence was found to support a guilty verdict. The punishment imposed was within established guidelines; therefore, there is no valid reason to warrant overturning this case.

B. Chaney

Signature Authority: _BChaney_       Date: 9/6/02

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the Step 1 response. State your reason for appeal on the Step 2 form.

**Returned because:**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days*

☐ 3. Original not submitted*

☐ 4. Inappropriate/excessive attachments*

☐ 5. No documented attempt at informal resolution.*

*You may resubmit this issue once corrections are made.

☐ 6. No requested relief is stated.*

☐ 7. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 8. The issue presented is not grievable.

☐ 9. No remedy exists.

☐ 10. Illegible/Incomprehensible*

☐ 11. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

I-127 Back (9/1/1999)       UGI: _____